UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RANDALL TODD ROYER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br> ) | Civil No. 10-1196 (RCL) |

NOTICE OF APPEARANCE

Please enter the appearance of Michael T. Kirkpatrick as counsel of record for the plaintiff, Randall Todd Royer, in the above-captioned case.

Dated: May 28, 2013                                     Respectfully submitted,


                                                                    */s/ Michael T. Kirkpatrick*
                                                                    Michael T. Kirkpatrick, DC Bar No. 486293
                                                                    Public Citizen Litigation Group
                                                                    1600 20th Street NW
                                                                    Washington, DC  20009
                                                                    (202) 588-1000
                                                                    mkirkpatrick@citizen.org

                                                                    Attorney for Plaintiff