UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RANDALL TODD ROYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-cv-1196 (RCL) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S DOCUMENTATION OF FEES AND EXPENSES**

Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) and this Court's Order of January 15, 2014 (ECF No. 106), granting plaintiff Randall Royer's motion to compel (ECF No. 89) and denying defendant Federal Bureau of Prisons' (BOP) motion to limit discovery or, in the alternative, to extend time for discovery (ECF No. 90), plaintiff submits the attached documentation of his reasonable expenses, including attorney's fees, incurred in connection with the discovery motions. *See* Declarations of Michael T. Kirkpatrick and Jehan A. Patterson, and Exhibits thereto.

As described in greater detail in the attached declarations, plaintiff seeks attorney fees for the time expended in efforts to obtain the discovery without court action, and for the time associated with preparing plaintiff's Motion to Compel (ECF No. 89); Opposition to BOP's Motion (ECF No. 94); and Reply in Support of the Motion to Compel (ECF No. 97). Plaintiff bases the number of hours spent on each task on contemporaneously-recorded entries in the

1

timekeeping program used by his attorneys, and he bases the hourly rates on the current *Laffey* matrix.[1]

Plaintiff requests attorney fees as follows:

| | | |
|---|---|---|
| Michael T. Kirkpatrick: | 49.3 hours at $510 = | $25,143 |
| Jehan A. Patterson: | 46.0 hours at $360 = | $16,560 |
| Total fees sought: | | $41,703 |

Respectfully submitted,

s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick
DC Bar No. 486293
Jehan A. Patterson
DC Bar No. 1012119
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Dated: January 24, 2014                             *Counsel for Plaintiff*

---

[1] The current matrix is available at http://www.justice.gov/usao/dc/divisions/Laffey_Matrix%202014.pdf.