UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDALL TODD ROYER,    )<br><br>           Plaintiff,    )<br><br>    v.    )<br><br>FEDERAL BUREAU OF PRISONS,    )<br><br>           Defendant.    ) | Civil Action Nos. 10-1196 (RCL)<br>10-1996 (RCL) |

**BOP'S RESPONSE TO PLAINTIFF'S**
**DOCUMENTATION OF FEES AND EXPENSES**

The Federal Bureau of Prisons ("BOP" or "Defendant"), by and through its undersigned

counsel, respectfully submits this Response to Plaintiff's Documentation of Fees and Expenses

[R.108] ("Fee Application").  BOP has reviewed the Fee Application.  Without waiving its rights

to seek review or reconsideration of the decision awarding fees set forth in the Court's

Memorandum and Order of January 15, 2014 [R.106] (the "Order"), BOP respectfully provides

notice that it does not object to or otherwise oppose the fee calculations or amounts contained in

the Fee Application, which seeks $41,703.00.

Again without waiving its rights to seek review or reconsideration, BOP through its

undersigned counsel will promptly request payment from the Judgment Fund after the Court

enters an order setting the amount of fees owed by Defendant pursuant to the award contained its

Order.

\*    \*    \*

Dated: February 4, 2014
      Washington, DC

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:         /s/
      BRIAN P. HUDAK
      Assistant United States Attorney
      555 Fourth Street, NW
      Washington, DC 20530
      (202) 252-2549

*Attorneys for the Federal Bureau of Prisons*