UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDALL TODD ROYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-cv-1196 (RCL) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) and upon consideration of plaintiff's documentation of fees and expenses incurred in connection with his successful motion to compel (ECF No. 89) and opposition to defendant Federal Bureau of Prisons' (BOP) motion to limit discovery or, in the alternative, to extend time for discovery (ECF No. 90), and BOP's response thereto, it is hereby

ORDERED that plaintiff Randall Royer is awarded attorney fees in the amount of $41,703; and it is further

ORDERED that defendant BOP shall issue instructions for payment of this amount within 10 days of this date.

**SO ORDERED.**

_____    _2/5/14_
The Honorable Royce C. Lamberth    Date
United States District Judge