UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDALL TODD ROYER,<br><br>   Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>   Defendant. | Civil Action Nos. 10-1196 (RCL)<br>10-1996 (RCL) |

## STATUS REPORT

Federal Bureau of Prisons ("BOP" or "Defendant"), by and through its undersigned counsel, respectfully submits this Status Report detailing BOP's continuing discovery and related efforts in this action.

*First*, promptly after receiving the Court's Order of February 5, 2014 [R.111], setting the amount of attorneys' fees owed by BOP under the Court's award of fees in the Court's Memorandum and Order of January 15, 2014 [R.106], undersigned counsel directed staff from the U.S. Attorney's Office to submit immediately the required paperwork on BOP's behalf to effect payment of the attorneys' fees award. Thereafter, staff from the U.S. Attorney's Office submitted the requisite paperwork to the Bureau of Fiscal Service (f/k/a the Financial Management Service), the component of the U.S. Department of the Treasury responsible for administering the Judgment Fund. Earlier today, staff from the U.S. Attorney's Office reviewed the Judgment Fund's electronic processing system and learned that the attorneys' fee payment had been "approved" for disbursement. As such, undersigned counsel understands that the payment should be remitted to Plaintiff's counsel in the immediate future.

*Second*, undersigned counsel and Plaintiff's counsel have exchanged various correspondence and communications regarding certain concerns and questions Plaintiff's counsel raised regarding BOP's recent productions and privilege log. BOP has undertaken diligent efforts to address Plaintiff's concerns and believe that most, if not all, will be resolved amicably through the parties' meet and confer process without judicial intervention. As part of these meet and confer efforts, undersigned counsel instructed BOP to further confirm and double check that all information regarding the formulation and implementation of BOP's Security Threat Group ("STG") program statement concerning the designation of inmates with a nexus to terrorism had been identified and produced as part of BOP's search and production efforts. During this undertaking, BOP counsel identified additional, potentially responsive, documents in files of certain BOP components regarding the drafting and approval of the program statement and the policies, guidance, and procedures used to implement it. Undersigned counsel promptly informed Plaintiff's counsel of this development and, consistent with BOP's obligations to supplement its discovery responses, is working with BOP counsel to gather, review, and produce immediately the additional non-privileged, non-duplicative responsive information located through these efforts and supplemental log describing any assertions of privilege over materials identified through these efforts.

*Third*, undersigned counsel is currently formulating amended answers in this action that BOP intends to file to apprise fully the Court and Plaintiff of BOP's litigation position in these actions consistent with information learned through the parties' discovery process. Undersigned counsel has informed Plaintiff's counsel that it will likely seek leave to amend its answers in this regard and intends to meet and confer with Plaintiff's counsel to address any concerns Plaintiff

may have with BOP's proposed amended answers. BOP anticipates filing a motion for leave to amend in the near future.

BOP and undersigned counsel anticipate filing further status reports to apprise the Court of BOP's discovery and related efforts and, after those efforts principally conclude, work with Plaintiff's counsel to prepare a proposal to govern future proceedings in this action for the Court's consideration.

Dated: February 12, 2014
       Washington, DC

                                Respectfully submitted,

                                RONALD C. MACHEN JR., D.C. Bar #447889
                                United States Attorney

                                By:      /s/
                                    DANIEL F. VAN HORN, D.C. Bar #924092
                                    Chief, Civil Division

                                By:      /s/
                                    BRIAN P. HUDAK
                                    Assistant United States Attorney
                                    555 Fourth Street, NW
                                    Washington, DC 20530
                                    (202) 252-2549

                                *Attorneys for the Federal Bureau of Prisons*