UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANDALL TODD ROYER, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, <br><br> Defendant. | Case No. 10-cv-1196 (RCL) |

[~~PROPOSED~~] ORDER

Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) and upon consideration of plaintiff's documentation of fees and expenses incurred in connection with his successful motion to compel (ECF No. 89) and opposition to defendant Federal Bureau of Prisons' (BOP) motion to limit discovery or, in the alternative, to extend time for discovery (ECF No. 90), and any opposition thereto, it is hereby

ORDERED that plaintiff Randall Royer is awarded attorney fees in the amount of $41,703; and it is further

ORDERED that defendant BOP is to pay this amount promptly.

SO ORDERED.

_Royce C. Lamberth_  2/25/14
The Honorable Royce C. Lamberth
United States District Judge