UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RANDALL TODD ROYER,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-cv-1196 (RCL) |
| **FEDERAL BUREAU OF PRISONS,** | ) |
| Defendant. | ) |

## ORDER

Counsel's cooperative efforts since the Court's Memorandum and Order [106] of January 15, 2014, are appreciated.

Counsel are requested to meet and confer and provide a joint status report to the Court within 10 days of this date with a proposed order to schedule further proceedings herein. Counsel should submit the proposed order jointly if possible and separately if necessary.

It is **SO ORDERED** this 29th day of April 2014.

Signed by Royce C. Lamberth, United States District Judge.